NUMBER 13-00-379-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


PAULINE LITTLES
, Appellant,


v.



K-MART CORPORATION
, Appellee.

____________________________________________________________________


On appeal from the 377th District Court


of Victoria County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, PAULINE LITTLES, perfected an appeal from a judgment
entered by the 377th District Court of Victoria County, Texas, in cause
number 98-2-51,512-D. After the clerk's record was filed, appellant
filed a motion to dismiss the appeal. In the motion, appellant states she
no longer wishes to prosecute this appeal. Appellant requests that this
Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 5th day of October, 2000.